

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2021

No. 04-21-00239-CV

James Thomas **GREEN**,
Appellant

v.

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**, J. Doe(s), Evelyn Castro, Maria
Ramirez, Elida DeLaRosa, Eric Fletcher,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 2020-08-00149-CVL
Honorable Lynn Ellison, Judge Presiding

# O R D E R

On June 14, 2021, this court notified the court reporter that the reporter's record was late. The court reporter then filed a notification of late record requesting an extension until June 28, 2021. After consideration, we **GRANT** the court reporter's request for an extension of time and **ORDER** the court reporter to file the reporter's record **by June 28, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court